FORMS TO BE COMPLETED BY PRISONERS FILING A CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983 or 28 U.S.C. § 1331

## COVER SHEET

THIS COVER SHEET CONTAINS IMPORTANT INFORMATION ABOUT FILING A COMPLAINT AND YOUR OBLIGATIONS IF YOU DO FILE A COMPLAINT. READ AND COMPLETE THE COVER SHEET BEFORE YOU PROCEED FURTHER.

*****************************************************************************

The cost for filing a civil rights complaint is $150.00.

If you do not have sufficient funds to pay the full filing fee of $150.00 you need permission to proceed *in forma pauperis*. However, the court will assess and, when funds exist, immediately collect an initial partial filing fee of 20 percent of the greater of:

1)  the average monthly deposits to your prison account for the past six months; or

2)  the average monthly balance in your prison account for the past six months.

Thereafter, the institution in which you are incarcerated will be required to make monthly payments of 20% of the preceding month's deposits credited to your account until the entire filing fee is paid.

**CAUTION: YOUR OBLIGATION TO PAY THE FULL FILING FEE WILL CONTINUE REGARDLESS OF THE OUTCOME OF YOUR CASE, EVEN IF YOUR COMPLAINT IS DISMISSED BEFORE THE DEFENDANTS ARE SERVED.**

*****************************************************************************

1. You shall file a complaint by completing and signing the attached complaint form and mailing it to the Clerk of Court along with the full filing fee of $150.00. (In the event attachments are needed to complete the allegations in the complaint, no more than three (3) pages of attachments will be allowed.) If you submit the full filing fee along with the complaint, you DO NOT have to complete the rest of the forms in this packet. **Check here if you are submitting the filing fee with the complaint form.** _____

2. If you cannot afford to pay the fee, you may file a complaint under 28 U.S.C. § 1915 without paying the full filing fee at this time by completing the following: (1) Complaint Form; (2) Application To Proceed In Forma Pauperis; and (3) Authorization Form. <u>You must properly complete, sign and submit all three standard forms or your complaint may be returned to you by the Clerk of Court.</u> **Check here if you are filing your complaint under 28 U.S.C. § 1915 without full prepayment of fees.** _____

**Please Note:** If your case is allowed to proceed and you are awarded compensatory damages against a correctional facility or an official or agent of a correctional facility, the damage award will first be used to satisfy any outstanding restitution orders pending. Before payment of any compensatory damages, reasonable attempts will be made to notify the victims of the crime for which you were convicted concerning payment of such damages. The restitution orders must be fully paid before any part of the award goes to you.

**DO NOT DETACH THE COVER SHEET FROM THE REST OF THE FORMS**

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. to fine then, guilty of Malicous, use of unmanny Force, Serious physical pain, Serious injurries of Body & Pain any and all other then in this Case

2. and to pay for there fair acts or other that conp+ do anythere they known they ss have the law on there side

3. walk Happen to me & don+ want to see anyone gu then I still remenber it and still have Fair of the Groud at this prison & also see 11 other Beating alss a still more and afaued each time I seen then Because the officer look like it was funney funn

Signed this 10/10/00 day of Oct , 19 2000

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

Oct 10 /2000                    _____
(Date)                          (Signature of Plaintiff)

to let know my write is not the Beat
But this act happen to me and I will
never, never be the some after this

I want then to pay.
and that this never happen an anymore
It happen all the time, I seen it!
and it happen to me
when I Block out why did they
not help me NO! they Beat
me and handcuff me and then Beat
me more to cuff then (C.O.) drop
me off a this tici (seen by other
inmate as I was realy out of it
and this was not call for

If need of more                    SW
Information please
please write me       10/18/00
and I will do my Best
But Please don't let then get away with this

1983 FORM

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C.A. § 1983**

_____

_____   **In the United States District
Court of the
District of Pennsylvania**

_____
(Enter above the full name of the plaintiff or plaintiffs in this action)

**Vs.**

_____

_____

_____
(Enter above the full name of the defendant or defendants in this action)

# I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or other wise relating to your imprisonment?    Yes \_\_\_\_\_    No \_\_\_\_\_

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit on another piece of paper, using the same outline).

_____

_____

_____

_____

1. Parties to this previous lawsuit

   Plaintiffs: _____

   _____