IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Stephen Washington
SCI Camp Hill, PA
17001-0200
**Name of Plaintiff(s)**

v.

Lackawanna County
Prison
1371 N Washington ave
Scranton Pa 18509
**Name of Defendant(s)**

Civil Case No. 1: CV 00-1991

Judge

(Number and Judge to be assigned by court)

FILED
SCRANTON
NOV 14 2000

PER _____ DEPUTY CLERK

## APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1. __✓ yes__ I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2. __✓__ I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted?   Yes _____   No __X__

   (a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
   Yes _____   No __X__



| | |
|---|---|
| .N F. HORN<br>SECRETARY | ROBERT M. NOVOTNEY<br>DEPUTY SUPERINTENDENT<br>FACILITY MANAGEMENT |
| MARTIN L. DRAGOVICH<br>SUPERINTENDENT | JOHN A. PALAKOVICH<br>DEPUTY SUPERINTENDENT<br>CENTRALIZED SERVICES |
| ADDRESS ALL REPLIES TO SUPERINTENDENT | ROBERT G. GIMBLE<br>BUSINESS MANAGER |
| | JANET S. SMITH<br>PERSONNEL DIRECTOR |

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS**
**STATE CORRECTIONAL INSTITUTION**
**AT CAMP HILL**
**P.O. BOX 8837, CAMP HILL, PA 17001-8837**

(717) 737-4531

I certify that this report is an accurate reflection of the subject's inmate account activity and balance for the period indicated on the In Forma Pauperis Form.

_____
State Correctional Institution
at Camp Hill
Inmate Accounting Section

Date: 8 November 2000

**1: CV 00-1991**

RECEIVED
SCRANTON
NOV 13 2000
MARY E. D'A_____, CLERK
PER _____ DEPUTY CLERK

FILED
SCRANTON
NOV 14 2000
PER _____ DEPUTY CLERK

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM            RUN     IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING           DATE 11/08/2000
REMOTE PRINT TIME 14:31              FROM PURGE FILE                PAGE         1

NO RECORDS ON BANK PURGE FILE FOR THE "2ND QUARTER OF 1900" FOR ACCOUNT EJ8067.
```

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING         DATE 11/08/2000
REMOTE PRINT TIME 14:31              FROM ACTIVE FILE            PAGE           1

    INMATE      NAME
    NUMBER      LAST              FIRST            MI        STARTING BALANCE
    EJ8067      WASHINGTON        STEPHEN                                  .00

 BATCH      DATE                                       TRANSACTION   BALANCE AFTER
   #     MO DY YEAR      TRANSACTION DESCRIPTION          AMOUNT      TRANSACTION

    0    08-25-2000   00  OPEN NEW ACCOUNT
                      80  CAMP HILL
 6494    08-29-2000   37  POSTAGE
                          U.P.S.                           -4.77          -4.77
 6673    09-25-2000   13  PERSONAL GIFT FROM
                          HARRY BARBER 524338              20.00          15.23
 6673    09-25-2000   50  ACT 84 TRANSACTION *
                          1982/99            09/25/00      -4.00          11.23
 8272    09-28-2000   32  CAM COMMISSARY
                          FOR  9/28/2000                  -11.21            .02
 6751    10-05-2000   10  MAINTENANCE PAYROLL
                          PAY GRP 1 9/1/2000 9/30/2000      4.32           4.34
 6810    10-13-2000   37  POSTAGE
                          DONE 10-11-2000                   -.22           4.12
 6810    10-13-2000   37  POSTAGE
                          DONE 10-11-2000                   -.22           3.90
 6811    10-16-2000   38  INSIDE PURCHASES
                          LIBRARY VENDACARD/XEROX          -2.10           1.80
 6811    10-16-2000   38  INSIDE PURCHASES
                          LIBRARY VENDACARD/XEROX           -.60           1.20
 6861    10-23-2000   38  INSIDE PURCHASES
                          LIBRARY VENDACARD/XEROX          -1.00            .20
 6968    11-06-2000   10  MAINTENANCE PAYROLL
                          PAYROLL GRP 1 10/1/00 10/31/00    7.92           8.12

                    BALANCE AFTER THESE TRANSACTIONS------>                8.12
```

AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

_____ DISTRICT OF _____

Stephen Washington
SCI Camp Hill, PA

V.

Lackwanna County Prison
1371 N. Washington ave Scranton PA 18509

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER:

I, Stephen Washington, declare that I am the (check appropriate box)

☒ petitioner/plaintiff    ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant    ☐ _____
                              other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?    Yes ☐    No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment    Yes ☐    No ☒
   b. Rent payments, interest or dividends?    Yes ☐    No ☒
   c. Pensions, annuities or life insurance payments?    Yes ☐    No ☒
   d. Gifts or inheritances?    Yes ☐    No ☒
   e. Any other sources?    Yes ☐    No ☒