# AUTHORIZATION
(Prisoner's Account Only)



1: CV Case No. 00-1991

11/15/0

> **NOTE:** Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, _Stephen Washington EJ8067_, request and authorize the agency holding me custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvan a certified copy of the statement for the past six months of my trust fund account (or institutior equivalent) at the institution where I am incarcerated. I further request and authorize the agency holdi me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in t amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand t the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be deducted fr my account regardless of the outcome of my civil action. This authorization shall apply to any ot agency into whose custody I may be transferred.

Date: ___9/29___, 19 _20 00_

FILED
SCRANTON
NOV 14 2000
PER ___ DEPUTY CLERK

Signature of Prisoner