Stephen Washington
#EJ8067
SCI Houtzdale PA

Dear Clerk of Court

1:00 CV 1991

RECEIVED
SCRANTON

DEC - 6 2000

MARY E. D'ANDREA, CLERK
PER _____
DEPUTY CLERK

I hope you got all the Form Back you needed e.g. 1915, 1983 etc.

now I try to fine a lawyer, But not from Lackwanna County (there all friend with the County)

I also have a nother 1983 Suit for Medical help I very much need But did not get in Lackwanna prison do I have to File a nother 1915 Form on this one to?

also I have move to Houtzdale SCI

when needed please write to

Note
I will not let them get away with walt they did to me

Stephen Washington
#EJ 8067

PO Box 1000
Houtzdale, PA 16698-1000

FILED
SCRANTON

DEC 6 2000

PER _____