

**Martin F. Horn**
Secretary

**William E. Speck**
Deputy Superintendent for
Facilities Management



**Pennsylvania Department of Corrections**
**State Correctional Institution at Houtzdale**
PO Box 1000
Houtzdale PA 16698-1000

PHONE: (814) 378-1000   FAX: (814) 378-1030

**John M. McCullough**
Superintendent

**Frank J. Tennis**
Deputy Superintendent for
Centralized Services

December 13, 2000

FILED
SCRANTON

DEC 2 1 2000

PER _____
DEPUTY CLERK

Clerk of Courts
PO Box 1148
Scranton, PA  18501

Dear Sirs:

Please find enclosed $2.25 initial payment on legal costs incurred on civil action no. 1:00-cv-01991 for inmate Stephen Washington #EJ-8067.  The balance after payment will be $147.75.

If you have any questions please feel free to contact me at 814-378-1000 Extension 1720.

Sincerely,

Christine H. Afton
Accounting Assistant
Inmate Accounts

$100



```
PA DEPT. OF CORRECTI            INMATE ACCOUNTS SYST
BUREAU OF COMPUTER SE VICES    PARTIAL ACCOUNT LISTI
REMOTE PRINT TIME 14:44            FROM PURGE FILE

    INMATE    NAME
    NUMBER    LAST         FIRST        MI         STARTING BALAN
    EJ8067   WASHINGTON    STEPHEN                      .00

  BATCH     DATE                                    TRANSACTION BALANCE AFTER
    #     MO DY YEAR      TRANSACTION DESCRIPTION      AMOUNT    TRANSACTION

      0   08-25-2000 00   OPEN NEW ACCOUNT
                    80    CAMP HILL
   6494   08-29-2000 37   POSTAGE
                          U.P.S.                        -4.77       -4.77
   6673   09-25-2000 13   PERSONAL GIFT FROM
                          HARRY BARBER 524338           20.00       15.23
   6673   09-25-2000 50   ACT 84 TRANSACTION *
                          1982/99          09/25/00     -4.00       11.23
   8272   09-28-2000 32   CAM COMMISSARY
                          FOR  9/28/2000               -11.21         .02

                   BALANCE AFTER THESE TRANSACTIONS------>          .02
```

Avg Dep
11.24
x 20%
2.25

Avg Bal
7.21
x 20%
1.44

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYS          RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING      DATE 12/11/2000
REMOTE PRINT TIME 14:44             FROM ACTIVE FILE          PAGE        1
```

| INMATE | NAME | | | | |
|---|---|---|---|---|---|
| NUMBER | LAST | | FIRST | MI | STARTING BALANCE |
| EJ8067 | WASHINGTON | | STEPHEN | | .02 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 6751 | 10-05-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | PAY GRP 1 9/1/2000 9/30/2000 | 4.32 | 4.34 |
| 6810 | 10-13-2000 | 37 | POSTAGE | | |
| | | | DONE 10-11-2000 | -.22 | 4.12 |
| 6810 | 10-13-2000 | 37 | POSTAGE | | |
| | | | DONE 10-11-2000 | -.22 | 3.90 |
| 6811 | 10-16-2000 | 38 | INSIDE PURCHASES | | |
| | | | LIBRARY VENDACARD/XEROX | -2.10 | 1.80 |
| 6811 | 10-16-2000 | 38 | INSIDE PURCHASES | | |
| | | | LIBRARY VENDACARD/XEROX | -.60 | 1.20 |
| 6861 | 10-23-2000 | 38 | INSIDE PURCHASES | | |
| | | | LIBRARY VENDACARD/XEROX | -1.00 | .20 |
| 6968 | 11-06-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | PAYROLL GRP 1 10/1/00 10/31/00 | 7.92 | 8.12 |
| 7006 | 11-09-2000 | 37 | POSTAGE | | |
| | | | POSTAGE DONE | -.22 | 7.90 |
| 7004 | 11-13-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | GROUP 2 10-07-00 TO 11-06-00 | 15.96 | 23.86 |
| 7004 | 11-13-2000 | 50 | ACT 84 TRANSACTION * | | |
| | | | 1982/99          11/13/00 | -3.19 | 20.67 |
| 8319 | 11-14-2000 | 32 | CAM COMMISSARY | | |
| | | | FOR 11/14/2000 | -10.31 | 10.36 |
| 8319 | 11-14-2000 | 86 | CAM COMMISSARY CR | | |
| | | 32 | FOR 11/14/2000 | 1.95 | 12.31 |
| 7062 | 11-20-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | VAN GROUP 3 11-16-2000 | 7.98 | 20.29 |
| 7062 | 11-20-2000 | 50 | ACT 84 TRANSACTION * | | |
| | | | 1982/99          11/20/00 | -1.60 | 18.69 |
| 0 | 11-20-2000 | 82 | TRANSFER OUT | | |
| | | | CAMP HILL | | |
| 0 | 11-20-2000 | 81 | TRANSFER IN | | |
| | | | HOUTZDALE | | |
| 8332 | 11-27-2000 | 32 | HOU COMMISSARY | | |
| | | | FOR 11/27/2000 | -12.25 | 6.44 |
| 8339 | 12-04-2000 | 32 | HOU COMMISSARY | | |
| | | | FOR 12/04/2000 | -5.36 | .08 |
| 1066 | 12-07-2000 | 37 | POSTAGE | | |
| | | | POSTAGE DECEMBER 7, 2000 | -.66 | .42 |
| 1066 | 12-07-2000 | 37 | POSTAGE | | |
| | | | POSTAGE DECEMBER 7, 2000 | -.22 | .20 |
| 1078 | 12-08-2000 | 41 | MEDICAL | | |
| | | | MEDICAL COPAY 12/4-7/00 | -2.00 | -1.80 |

```
                    BALANCE AFTER THESE TRANSACTIONS------>          -1.80
```