OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

MARY E. D'ANDREA
Clerk of Court

(570) 207-5600  FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

Divisional Offices

Harrisburg:    (717) 221-3920
Williamsport:  (570) 323-6380

January 11, 2001

Mr. Stephen Washington
EJ-8067
SCI-Houtzdale
P.O. Box 1000
Houtzdale, PA 16698-1000

     Re:   <u>Washington v. Lackawanna County Prison</u>,
           Civil No. 1:CV-00-1991 (Judge Kane)

Dear Mr. Washington:

     I am writing in response to your recent letter to the Clerk of Court regarding the case referenced above. Court personnel may not render legal advice to a litigant, nor may they issue any legal relief that is not requested in a motion appropriately filed with the Clerk of Court and served on counsel for any opposing parties.

     Please submit any future requests for relief in the form of a formal motion, not in informal correspondence either to the Clerk of Court or to the Judge presiding in your case.

                                Sincerely,

                                James P. Van Wie, Esquire
                                Pro Se Law Clerk

JPVW:laf