ORIGINAL

(10)
2-15-0
5C

Stephen Washington
PO Box 100        # EJ8067
Houzdale, 16698-1000
                    Motion

US. District Court, Middle
Case NO 1:
1:06 CV 0199

FILED
HARRISBURG, PA

FEB 1 4 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

I Stephen Washington to the Federal
Court of the United State to remain apart
and to a point counseler for Mr Washing
so this case could got on and justice be
Service for the          in this case
Mr Stephen Washington

I Stephen Washington have Feled
1915 Form for Cost been a Inmate
in a State Correction Institution

ask of Judge Kane on this Date AD
8 Feb. 2001 to apoint Counsler
                    Sincerely

I Stephen Washington            2/5/01
do n't want these case run togith
But apart. (1:01-CV-00051) and
(1:00 CV 01991)