John M. McCullough
Superintendent

Frank J. Tennis
Deputy Superintendent for
Centralized Services

vania Department of Corrections
rectional Institution at Houtzdale
PO Box 1000
Houtzdale PA 16698-1000

IE: (814) 378-1000   FAX: (814) 378-1030

Wed Feb 21 13:15:12 2001

UNITED STATES DISTRICT COURT
SCRANTON    PA

Receipt No.   033 82765
Cashier       tanya

Tender Type   CHECK

Check Number: 45714

Transaction Type   AR

DO Code    Div No    Acct
4667       3         5100PL

Amount        $    3.34

SCI HOUTZDALE PO BOX 1000 HOUTZDALE,
PA 16698

PARTIAL FILING FEE 00-CV-1991 STEPHE
N WASHINGTON

FILED
SCRANTON

FEB 2 1 2001

...allment on legal costs incurred on civil action no. 1:00-cv-01991
...J-8067. The balance after payment will be $144.41.

...eel free to contact me at 814-378-1000 Extension 1720.

Christine H. Afton
Accounting Assistant
Inmate Accounts

cha
enclosure