JUDGE'S COPY

copy 13

CV 1-00-1991

FILED
HARRISBURG
MAR 13 2001
MARY E. D'ANDREA, CLERK
Per ___ Deputy Clerk

Stephen Washington
PO Box 1000 #EJ8067
Houtzdale, PA 16698-1000

3/5/01

to Clerk of Court and Judge Kane

I'm realy try my Best here I will not let this men get away with this Beating, look, I am in a state prison I'm very limted with help of any kind to get the right justice. my spelling is very poor. So in the next few week I going have so one with all the information that is need for this case so I con get a fair Hearing for this case. I will not let this case be drop. this why I want help with court apoint Councale this is a lot in this case But I'm not a good writ give me just a letter time to put it to gether so I could have my day in court please, Please

this all I ask of the Court of US.

This is all I ask of the court as a Veteran. I Serviced my ~~Contry~~ Country now can my Country Service me?