Mon Mar 19 10:42:52 2001

UNITED STATES DISTRICT COURT
SCRANTON    , PA

Receipt No.   333 83057
Cashier        tanya

Tender Type   CHECK

Check Number: 46379

Transaction Type   AR

D0 Code    Div No    Acct
 4667        3       5100PL

Amount          $   3.19

SCI HOUTZDALE PO BOX 1000 HOUTZDALE,
PA 16698

PARTIAL FILING FEE 00-CV-1991 STEPHE
N WASHINGTON

RGR Mar 19 10:42:52 2001
Check No. 46379
Amount$   3.19
Pay any Federal Reserve Bank or
General Depository
United States Treasury Symbol 4667

**FILED**
**SCRANTON**

MAR 1 9 2001

PER _____
         DEPUTY CLERK

cha
enclosure



Pennsylvania Department of Corrections
Correctional Institution at Houtzdale
PO Box 1000
Houtzdale PA 16698-1000

PHONE: (814) 378-1000   FAX: (814) 378-1030

John M. McCullough
Superintendent

Frank J. Tennis
Deputy Superintendent for
Centralized Services

FILED
SCRANTON

MAR   2001

PER _____
         DEPUTY CLERK

installment on legal costs incurred on civil action no. 1:00-cv-01991
n #EJ-8067. The balance after payment will be $141.22.

se feel free to contact me at 814-378-1000 Extension 1720.

5100