sealed

⑮
3-29-01
sc

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

STEPHEN WASHINGTON,          :
                             :
        Plaintiff            :
                             :
    v.                       :    CIVIL NO. 1:CV-00-1991
                             :
LACKAWANNA COUNTY PRISON,    :    (Judge Kane)
                             :
        Defendant            :

FILED
HARRISBURG, PA

MAR 28 2001

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

### ORDER

AND NOW, THIS 28TH DAY OF MARCH, 2001, since there are no deadlines pending in this action, Plaintiff's request for an enlargement of time in which to "put it together" (Doc. 13) is denied as unnecessarily filed.

/s/ Yvette Kane
_____
YVETTE KANE
United States District Judge

YK:jvw

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

March 28, 2001

Re: 1:00-cv-01991   Washington v. Lackawanna County Pr

True and correct copies of the attached were mailed by the clerk to the following:

Stephen Washington
SCI-HOUTZDALE
EJ8067
P.O.Box 1000
Houtzdale, PA   16698-1000

cc:
Judge                         (✓)         ( ) Pro Se Law Clerk
Magistrate Judge              ( )         ( ) INS
U.S. Marshal                  ( )         ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to:  US Atty Gen   ( )    PA Atty Gen ( )
                                       DA of County  ( )    Respondents ( )
Bankruptcy Court              ( )
Other_____       ( )

MARY E. D'ANDREA, Clerk

DATE: 3/28/01                           BY: _____
                                            Deputy Clerk