
Thu Apr 26 10:57:39 2001

UNITED STATES DISTRICT COURT

SCRANTON    , PA

Receipt No.    333 83406
Cashier        tanya

Tender Type  CHECK

Check Number: 47257

Transaction Type    AR

DS Code    Div No    Acct
4667       3         5100PL

Amount          $.    3.20

SCI HOUTZDALE PO BOX 1000 HOUTZDALE,
PA 16698-1000

PARTIAL FILING FEE 00-V-1991 STEPHEN
WASHINGTON

cn

Ivania Department of Corrections
rrectional Institution at Houtzdale
PO Box 1000
Houtzdale PA 16698-1000

NE: (814) 378-1000   FAX: (814) 378-1030

**John M. McCullough**
Superintendent

**William E. Speck**
Deputy Superintendent for
Centralized Services

llment on legal costs incurred on civil action no. 1:00-cv-01991
U-8067.  The balance after payment will be $138.02.

el free to contact me at 814-378-1000 Extension 1720.