(17)
5-16-01

Stephen Washington
PO Box 1000 CJ 8047
Houtzdale PA 16698-1000

1:00-CV-1991

FILED
HARRISBURG, PA
MAY 15 2001
MARY E. D'ANDREA, CLERK
Per _____

to Clerk of Court

Dear Sir/Madam

I see that something is not right with my Feling Fee. Comp Hill (SGT) was to send you my Forma Paupures Form I believe they do not.

Here is a Copy of the Form I do not have this kinpy of money con in to out rigth pay the Fee this why I applyed In Forma Pauperis in the First Places, I have one of this for you. I do not have the money and D.O.C. know that

P.S.
Here are Copys of the Forms signed

S.W.  5/3/01

are you saying its alright
for my right to be walk on?
is this why I serviced you
for 4 years of my life for?

if I had money things would
be deferrent but I don't.
I poor and a american and
I want justice if there is some
thing out there called justice
not a lot. No. But help some
if I will not stop untell
I git it

Stephen Washington
~~and an~~ Vetiran

you can't help me with my case
but you can help me git the
rigth emfanation in so I can git
my justice and as a american
I want this and will not stop

| | | |
|---|---|---|
| **MARTIN F. HORN**<br>SECRETARY |  | **ROBERT M. NOVOTNEY**<br>DEPUTY SUPERINTENDENT<br>FACILITY MANAGEMENT |
| **MARTIN L. DRAGOVICH**<br>SUPERINTENDENT | | **JOHN A. PALAKOVICH**<br>DEPUTY SUPERINTENDENT<br>CENTRALIZED SERVICES |

ADDRESS ALL REPLIES TO SUPERINTENDENT

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS**
**STATE CORRECTIONAL INSTITUTION**
**AT CAMP HILL**
P.O. BOX 8837, CAMP HILL, PA 17001-8837

**ROBERT G. GIMBLE**
BUSINESS MANAGER

**JANET S. SMITH**
PERSONNEL DIRECTOR

(717) 737-4531

I certify that this report is an accurate reflection of the subject's inmate account activity and balance for the period indicated on the In Forma Pauperis Form.

_____
State Correctional Institution
at Camp Hill
Inmate Accounting Section
Date: 7 November 2000

AO 240 (Rev. 6/86) Application to Proceed

ORIGINAL

# United States District Court

_____ DISTRICT OF _____

Stephen Washington
SCI Camp Hill, PA

v.

Lackwanna County Prison
1371 N. Washington ave Scranton PA 15509

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: 1-00-CV-1991
YK/Are

I, Stephen Washington, declare that I am the (check appropriate box)

☒ petitioner/plaintiff   ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant   ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

FILED
HARRISBURG, PA

MAY 1 5 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

In further support of this application, I answer the following questions.

1. Are you presently employed?   Yes ☐   No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment?   Yes ☐   No ☒
   b. Rent payments, interest or dividends?   Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?   Yes ☐   No ☒
   d. Gifts or inheritances?   Yes ☐   No ☒
   e. Any other sources?   Yes ☐   No ☒

COPY

AO 240 Reverse

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐  No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐  No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____        _____
              (Date)                              Signature of Applicant

---

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 8.12 on account to his credit at the SCI Camp Hill institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution _____

N/A

I further certify that during the last six months the applicant's average balance was $ 2.92

_____
Authorized Officer of Institution

---

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge    Date | _____  _____ <br> United States Judge     Date <br> or Magistrate |

COPY

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG OFFICE

MARY E. D'ANDREA, CLERK

Dear Counselor:

We have received the following documents _application OFP_
via (UPS, Fed Ex,(US Mail,)Other) on _5-8-01_.

HOVEVER:

_____ You neglected to provide the correct number of copies. Please forward _____ more copy(s) as soon as possible and **indicate when the original was filed.**
(Local Rule 5.2 requires that an ORIGINAL PLUS TWO COPIES of all pleadings are to be filed with the Clerk's Office.

_____ Your requested items were not returned because a self-addressed stamped envelope was NOT provided for the return of the extra copy(s). Please do so in the future.

✓ The proper information (i.e. case number, Judicial Officer, caption,) was missing Form the documents you filed. _It would be OK if you would tell me which form?_

_____ The case number listed on these documents is not a case in the Middle District of Pennsylvania.

_____ Our records show that you are not admitted to practice in the Middle District of Pennsylvania. Please complete the enclosed special admission form and return it to Our office for approval.

_____ You neglected to provide us with the $25.00 special admission fee. Please forward it as soon as possible.

_____ The Local Rules for the Middle District of Pennsylvania will be forwarded to you, upon Receipt of a $3.20 postage paid self-addressed envelope.

_____ ·Enclosed is your check. We are unable to process it because you neglected to provide the case number, violation number and/or reason for payment. Please return the check with the proper information, so that it may be processed accordingly.

_____ Other:_____.

_you only sent the one form to file and I did so. why not send the_