

Jeffrey A. Beard, Ph.D.
Secretary

Henry A. Tatum
Deputy Superintendent for
Facilities Management



**Pennsylvania Department of Corrections**
**State Correctional Institution at Houtzdale**
PO Box 1000
Houtzdale PA 16698-1000

PHONE: (814) 378-1000   FAX: (814) 378-1030

John M. McCullough
Superintendent

George N. Patrick
Deputy Superintendent for
Centralized Services

FILED
SCRANTON
MAY 21 2001
PER _____
DEPUTY CLERK

May 16, 2001

Clerk of Courts
PO Box 1148
Scranton, PA 18501

Dear Sirs:

Please find enclosed $4.12 an installment on legal costs incurred on civil action no. 1:00-cv-01991 for inmate Stephen Washington #EJ-8067. The balance after payment will be $133.90.

If you have any questions please feel free to contact me at 814-378-1000 Extension 1720.

Sincerely,

Christine Afton

Christine H. Afton
Accounting Assistant
Inmate Accounts

cha

---

Mon May 21 12:43:42 2001
UNITED STATES DISTRICT COURT
SCRANTON    , PA
Receipt No. 333 83759
Cashier             rich
Tender Type CHECK
Check Number: 47986
Transaction Type AR
DB Code   Div No   Acct
4667        3      5100PL
Amount    $     4.12
STEPHEN WASHINGTON EJ-8067 SCI
HOUTZDALE, PA 16698
PARTIAL FILING FEE - CV-00-1991

cm
Mon May 21 12:43:42 2001
Check No. 47986
Amount     4.12
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667