(19) dm
6-19-0

```
Tue Jun 19 12:00:51 2001

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.   333 84090
Cashier       rich

Tender Type  CHECK

Check Number: 48733

Transaction Type   AR

D0 Code    Div No     Acct
4667        3        5100PL

Amount          $    4.20

STEPHEN WASHINGTON    SCI-HOUTZDALE
HOUTZDALE, PA  16698

PARTIAL FILING FEE - CV-00-1991


cn
Tue Jun 19 12:00:51 2001

Check No. 48733
Amount$    4.20
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

1:00 cv 1991

FILED
SCRANTON

JUN 1 9 2001

PER ———dm———
        DEPUTY CLERK