21 dm
7-26-01

Mon Jul 23 15:37:09 2001

UNITED STATES DISTRICT COURT

SCRANTON    , PA

Receipt No.   333 84517
Cashier       sylviam

Tender Type   CHECK

Check Number: 49585

Transaction Type   AR

D0 Code    Div No    Acct
 4667        3       5100PL

Amount            $    4.54

SCI HOUTZDALE

PARTIAL FF 00CV1991 WASHINGTON

bn
Mon Jul 23 15:37:09 2001
Check No. 49585
Amount: 4.54
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667

1:00CV1991

FILED
SCRANTON

JUL 2 6 2001

PER _____
        DEPUTY CLERK