(1)

**JUDGE'S COPY**

United States District Court
For the
Middle District of Pennsylvania

Stephen Washington,
                    Plaintiff
        vs
Lackawanana County Prison
                    Defendant

Civil No 1:CV-00-1

Judge Kane

FILED
HARRISBURG

JUL 26 2001

MARY E. D'ANDREA, CLERK
Per
DEPUTY CLERK

<u>Motion to Amend</u>

I, Stephen Washington on July 25/01
said here are the Name of the Defendant
of the case S. Washington vs. Lockawona County
Prison

                as following
note all are    (1) Steve Marina
C.O. in         (2) Eugene Weddick
Lockwonona      (3) Patrick Capane
Prison.         (4) Gene Rydely
                (5)     Sonko

    I Stephen Washington request to still
proceed in Forma Pouperes.
        also I have a witness that seen
the act (lorrence Roupp E N 1804)
That is here at SCI Houtzdal
and willing to tell the Court what

(2)

He seen on aug. 10/1999. I also Tell this is not a Frevolous case, becous of the unenery farse, and careless fact of the officer in this act my right under the Conelelution wher wathon I know case of my safety as a Detainees or when this more then of request for Medical care, not get adequate Medical care for my pain wich war nore then I could handle on my own.

Sincerely

#EJ8067
Stephen Washington
Smate SCI Houlzdale Pri
76698-100

Stephen Washington
PO Box 1000    #EJ8067
Houtzdale PA 16698-1000                    7/25/01

Dear Sir/Madam

   Please note here is the motion
(the C.O. None that do use uneasy
forces on me. also a witness that
seen the act.

   I would like to please request a
copy of "Middle District Court,
of "Local Rule" please
send to me.