Copy
(23)

Stephen Washington
PO Box 1000    #EJ80G7
Houtzdale PA 16698-1000

FILED
HARRISBURG
AUG 0 8 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

8/6/01

Dear Sir / Madam

1:00-CV-1991

I Stephen Washington, is just to see if you got my Motion of amend, the Name of the C.O. that Beated me on aug 10 1999 also of a person that seen the act. name, and there is (Mr T. Roup one more name of a person that seen the act. Baby Jones. also a Copy of the Lolco Rule send to me I send all of this to you some time ago. and would like to know you got if befor (aug 18) 30 day so I can seen if full again

Stephen

snate set Houtzdale
Pa