No 48

United States District Court
for the
Middle District of Pennsylvania.

Stephen Washington                    Civil NO 1: CV-00-1991
  plaintiff                           Judge. Kane.
      v
Lackawanna County Prison
                                      5/15/01

Motion to amended Complaint

I Stephen Washington on this date send to you, U.S Middle District Court, a copy of my complaint, typed out where you can read it more and see more of where I'm talk about.

the wrongs are clear I was rehand cuff in a area I was not, By there law not supposed to be handcuff and beat also I was beat when I told them I had a broken jaw, Not giveny medical care when needed it still to this day my jaw is not right I can't still not eat right still full of darpeum from wath happen to me for no good reson but there same

I have the proof, but will not state or show it untill day of court

I just do not know wath more to show the wrong of these people But they did it civil I Stephen Washington will not let them get away with it and the Constitution sayes it also

RECEIVED / FILED AUG 17 2001 HARRISBURG, PA. PER DEPUTY CLERK

copy 24

I'm still looking to fine a law But with know money its not easy and you will not help me

I want justice to says the Constitution that I should have it rich or poor the Law is the sone. under the Constitution my rights where, are walked on by County offical I had wrong pain and the right of medical help taken form me by C.O. not a M.D. (Doctor) where can thay do this and get away with it? By walt the law sayer thay can put?

I Stephen Washington will not pull Back from my Law suit it was injustice walt thay did and fhat thear reasonable for my Safty was hish to the doe and so was I I say my complaint was, and it not frios frivolous, But a real wrong don by the offical of Lackawanna and that I have my day in Court to show this act under my Constitutional right the Law of the Land

Sincerely
Steph Washington
Inmt SCI Hautzdale

*Complaint*

FILED
HARRISBURG, PA
AUG 17 2001
MARY E. D'ANDREA, CLE
Per _____
Deputy Clerk

This is a recount of what happened on Aug. 10, 99

I was picked up for failing to show up in Court for a case in Scranton, that from talking to my lawyer *unimportant* when I got to *Lackawanna* County jail, I then went to the Office of the Public Defender, to make known my where about's for the last five months. They told me all things would be alright and that you would let me know of my Court date, when it came up, (But little did I know it had passed three months ago) because by taking their words at face value, I had returned to work.

For when I had gone to see my Probation Officer, he never informed me I had missed a Court date and that I had a warrant out for my arrest.

Then one night after working my job, I wanted to see if the person I loved more than anything & to see if they were still into drugs, though I had stopped along time ago, and was hoping that they to stopped. As I did not believe it and had to see it for myself, and that was a mistake for me. I then went to the bar where I was known, this is where the person pick up these drugs, and I didn't want to drink or drive, but just to find out about this person, as I was already over tired from work, and when I did find out the worst I was very hurt and Heart broken, a friend then gave me something so I could sleep, and I took them not knowing what they were, because of my trust in that person.

Then on my way home I was stopped by a Scranton Officer, feeling I had nothing to hide, I show him my license and he came back saying that they had a warrant out for me. I couldn't understand why, but was to tired to fight with him so I got in the car as I was told.

I did not go to see a District Judge to get this strait, but was taken to *Lackawanna* jail. After being secured I walked down the hallway with a C/O to the window where they were asking questions, I stated I really didn't know why I was here, but he really didn't care, next thing I know I had blacked out, why I didn't know, but what got me up was being beat on by the C/O and I did not know why, but remembering I had wire in my mouth, where my jaw was broken, and that I did not want it to be broken again, so I was trying to move out of the way of there *official*, (the C/O) and pointed to my jaw where it was wired, then I was cuffed again and did not know why, I kept backing up and they kept beating me, from what I was told, another C/O came off his block and tried to hit me in my right ear, first he got me then he missed and his hand went down into my mouth, well I don't remember this but the C/O told me I *was biting detainee* _____, I really did not understand what was going on.



My Constitutional rights were walked on carelessly. a) Free from assault b) The right of Pre-trial detainer c) The right to adequate medical care are in the Guild line of the amendment of the Constitution of the United States.

I remember being in and out of it and feeling (because of blacking out) all this pain I said I needed to go to the Hospital. He said tour not going anywhere, then I asked him for a sheet he said put it on paper as they <u>all</u> found it funny, I did not.

I remember being dragged down the hallway and seeing an old friend of my past, and calling out to her, the look she had was that of feeling sorry for me, but she could not do anything about it so she looked down.

Then they put me in a cell (the C/O) I was standing there saying to myself why me, and full of fear, then the lieutenant successively called out you want to...(using the sixth letter of the alphabet)....with my C/O's, he came running in and kicked me in the chest 3 times needlessly and then closed the door.

They took me out of the cell and put me somewhere else but on the way there as they the (C/O took me up the steps as they were dragging me under each arm, they looked at each other and laughed, they dropped me down they, why, I was in no condition to do anything to them but they seemed to do it merely out of fun.

My face looked like a football, I could barely open my mouth and could not eat right for a long time and I received <u>no</u> Medical help at all. Still to this day I cannot eat right, thoug I could eat ok before I was put in there, now I cannot bite down an any food, for to this day my front teeth are weak and I have no feeling around them.

I saw alot of beatings when I was in "the hole" (RHU) and I was always in fear of my safety and the memory of getting beaten and the fear of waiting is still in my mind, and the why me is there, because looking back over that day, even though it's something I don't wish to do cause's me to remember that I was unable to help myself and that I was not guilty of anything and that I didn't deserve this, all this has been with me since August 10, 1999

My pain itself was bad in fact the pain was more than anyone should have to deal with, I could not sleep and I asked over and over again for some Medical help but I did not get it. I would walk all night, holding onto the wall crying because the pain was so bad but they would just tell me that they could not do anything, they would just look at me in my cell and see that I was in great pain.

1. Being beaten by C/O and not knowing why?
2. Asking for Medical care and being denied.
3. Being dragged down the hallway like an animal
4. Being dropped down the steps
5. Kicked in the Chest 3 times for no reason.
6. Asking over and over again for Medical help and not receiving it.
7. I can no longer eat the way I use to because my jaw was broke but they did not care to see.

These are my grounds for suit, according to my basic rights within the Constitution of the United States, and no one can walk over them say's the law.

First your Constitutional right must have been violated by a person Under 1983 (Section 1983) the definition of the "person" includes more than just individual people, like the prison warden a guard or other employees. (Monroe -vs- Pope 365 US 165, 81S CP) 473 5L ED2d 492 (1961) when a city, county or municipality has officially adopted a policy, ordinance, regulations or a decision that has caused your rights to be violated, they also may be sued.

City officials are required to honor basic rights to some extent as officials *(Rhem -vs- Malcon 371 Supp 594, 633 507 F2d 333 (2 Cir 1974) Constitutional Base far §1983 claims whether there is an easy way to meet the regulations goal without limiting your rights.

The Eighth Amendment States that ( ) excessive bail shall not be required, nor excessive fines be imposed nor cruel and unusual punishments be inflicted (US Const. Amend VIII) Under the cruel and unusual punishment clause, includes prison conditions, medical care and assaults.

Inadequate medical care has also been found to be a violation of the Eighth Amendment (Unreasonable risk to your health may violate the Eighth Amend. or inadequate medical care based on the brutality of a prison guard showed that the guards applied force "maliciously" and sadistically to cause harm. Hudson -vs- McMellan 503 US.1,6.112 S CR 995 998 117 L.ED 2D 156 165 (1992)

The Due Process clause of the Fourteenth Amendment forbids the State from depriving any person of life liberty or property.

A person has been assaulted whenever an unlawful interference with his body has occured (Blacks Law Dictionary) 109 (7th ed 1999) Unlawful touching or actual physical violence.

A persons right to be free from assault is grounded in the Fifth Amendment , if you are a pretrial detainee and the Eighth Amendment right to be free from cruel and unusual punishment.

The force of the prison official was not in good faith effort (honestly) but malicious & sadistic because the official did not care or consider these actions carefully Whitley -vs- Abbers 475 -vs- 312, 320 106 S. CR 1078 1084, 89 L.ED 2D 251 (1986)

Supreme Court held that pretrial detainees are entitled to at least the same level of Medical treatment as convicted prisoners, Pretrial detainee that has been assaulted (me) argue that your liberty rights were violated under the Due Process clause of the Fourteenth Amendment.

*not being a good writer or speller, tryed to the Best I could to get across to you wholth happen turefuly*