```
Fri Aug 17 13:18:29 2001

UNITED STATES DISTRICT COURT

SCRANTON        , PA

Receipt No.   333 84847
Cashier          tanya

Tender Type  CHECK

Check Number: 50177

Transaction Type   AR

DØ Code    Div No     Acct
 4667        3       5100PL

Amount          $      4.10

SCI HOUTZDALE PØ BØX 1000 HOUTZDALE,
PA 16698

PARTIAL FILING FEE 00-CV-1991 STEPHE
N WASHINGTON




cn
```

enclosure

---

**Pennsylvania Department of Corrections**
**Correctional Institution at Houtzdale**
PO Box 1000
Houtzdale PA 16698-1000

PHONE: (814) 378-1000    FAX: (814) 378-1030

**John M. McCullough**
Superintendent

**George N. Patrick**
Deputy Superintendent for
Centralized Services

...allment on legal costs incurred on civil action no. 1:00-cv-01991
...U-8067.  The balance after payment will be $121.06.

...el free to contact me at 814-378-1000 Extension 1720.

**RECEIVED**
**SCRANTON**

AUG 1 7 2001

MARY E. D'ANDREA, CLERK
Per_____
        Deputy Clerk