[Seal of Pennsylvania]

**John M. McCullough**
Superintendent

(26)
10-16-01

...sylvania Department of Corrections
...orrectional Institution at Houtzdale
PO Box 1000
Houtzdale PA 16698-1000

**George N. Patrick**
Deputy Superintendent for
Centralized Services

...ONE: (814) 378-1000   FAX: (814) 378-1030

```
Mon Oct  1 13:57:17 2001

UNITED STATES DISTRICT COURT
SCRANTON       , PA
Receipt No.  333 85358
Cashier       tanya
Tender Type  CHECK
Check Number: 51258
Transaction Type   AR
D0 Code    Div No    Acct
 4667        3       5100PL
Amount          $      4.77
SCI HOUTZDALE PO BOX 1000 HOUTZDALE,
PA 16698-1000
PARTIAL FILING FEE 00-CV-1991 STEPHE
N WASHINGTON
```

FILED
SCRANTON

OCT 1 - 2001

cn _____
                  DEPUTY CLERK

```
Mon Oct  1 13:57:17 2001
Check No. 51258
Amount$    4.77
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

...stallment on legal costs incurred on civil action no. 1:00-cv-01991
...EJ-8067. The balance after payment will be $116.29.

...feel free to contact me at 814-378-1000 Extension 1720.

cha
enclosure

RECEIVED
SCRANTON

OCT 01 2001

PER _____
       DEPUTY CLERK

5100