1:00CV1991

27
KM
10/31/01

Consol
↓ RSLC (~~Petsono~~ Divocco)

```
Mon Oct 29 13:50:04 2001

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.   333 85657
Cashier        rich

Tender Type  CHECK

Check Number: 51921

Transaction Type   AR

D0 Code    Div No     Acct
4667         3        5100PL

Amount          $     3.73

SCI HOUTZDALE PO BOX 1000 HOUTZDALE,
PA 16698

PARTIAL FILING FEE 00-CV-1991 STEPHE
N WASHINGTON



cn
Mon Oct 29 13:50:04 2001

Check No. 51921
Amount$   3.73
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```