UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

STEPHEN WASHINGTON,      :
      Plaintiff  :
                 :
v.                       : CIVIL NO. 1:CV-00-1991
                 :
LACKAWANNA COUNTY PRISON,: (Judge Kane)
                 :
      Defendant  :

## ORDER

NOW, THEREFORE, THIS 19th DAY OF NOVEMBER, 2001, upon consideration of plaintiff's motion to amend in which, in accordance with this Court's order directing him to do so, he provides the names of the John Doe defendants listed in his complaint, IT IS HEREBY ORDERED THAT:

1. The Plaintiff's motions to amend (Doc. Nos. 22 & 24) are granted.

2. The Clerk of Court is directed to amend the docket to reflect the names of the John Doe defendants listed in plaintiff's motion to amend. (Doc. No. 22).

3. The United States Marshal is hereby directed to serve the complaint, (Doc. No.1), as well as, Doc. Nos. 20, 22, and 24 on the defendants named therein.

_____
YVETTE KANE
United States District Judge

FILED
HARRISBURG, PA
NOV 19 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

November 19, 2001

Re: 1:00-cv-01991   Washington v. Lackawanna County Pr

True and correct copies of the attached were mailed by the clerk to the following:

```
Stephen Washington
SCI-HOUTZDALE
EJ8067
P.O.Box 1000
Houtzdale, PA  16698-1000
```

cc:
| | | | |
|---|---|---|---|
| Judge | (✓) | (✓) | Pro Se Law Clerk |
| Magistrate Judge | ( ) | ( ) | INS |
| U.S. Marshal | ( ) | ( ) | Jury Clerk |
| Probation | ( ) | | |
| U.S. Attorney | ( ) | | |
| Atty. for Deft. | ( ) | | |
| Defendant | ( ) | | |
| Warden | ( ) | | |
| Bureau of Prisons | ( ) | | |
| Ct Reporter | ( ) | | |
| Ctroom Deputy | ( ) | | |
| Orig-Security | ( ) | | |
| Federal Public Defender | ( ) | | |
| Summons Issued | (✓) | with N/C attached to complt. and served by: U.S. Marshal (✓)  Pltf's Attorney ( ) | |
| Standard Order 93-5 | ( ) | | |
| Order to Show Cause | ( ) | with Petition attached & mailed certified mail to: US Atty Gen ( )  PA Atty Gen ( )  DA of County ( )  Respondents ( ) | |
| Bankruptcy Court | ( ) | | |
| Other_____ | ( ) | | |

MARY E. D'ANDREA, Clerk

DATE: 11-19-01     BY: _____
                        Deputy Clerk