1:00cv1991

(30)
KM
12/10/01

PRSLC: Behsaw

```
Fri Nov 30 14:12:28 2001

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.   333 86001
Cashier       rich

Tender Type   CHECK

Check Number: 52540

Transaction Type   AR

DO Code    Div No    Acct
4667       3         5100PL

Amount           $    4.33

SCI HOUTZDALE PO BOX 1000 HOUTZDALE,
PA 16698-1000

PARTIAL FILING FEE 00-CV-1991 STEPHE
N WASHINGTON



cn

Fri Nov 30 14:12:28 2001

Check No. 52540
Amount     4.33
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4867
```