| | | |
|---|---|---|
| Jeffrey A. Beard, Ph.D.<br>Secretary |  | John M. McCullough<br>Superintendent |
| Henry A. Tatum<br>Deputy Superintendent for<br>Facilities Management | **Pennsylvania Department of Corrections**<br>**State Correctional Institution at Houtzdale**<br>PO Box 1000<br>Houtzdale PA 16698-1000<br><br>PHONE: (814) 378-1000   FAX: (814) 378-1030 | George N. Patrick<br>Deputy Superintendent for<br>Centralized Services |

December 11, 2001

Clerk of Courts
PO Box 1148
Scranton, PA  18501

Dear Sirs:

Please find enclosed $5.02 an installment on legal costs incurred on civil action no. 1:00-cv-01991 for inmate Stephen Washington #EJ-8067. The balance after payment will be $103.21.

If you have any questions please feel free to contact me at 814-378-1000 Extension 1720.

Sincerely,

Christine H. Afton

Christine H. Afton
Accounting Assistant
Inmate Accounts

cha
enclosure

```
Mon Dec 17 15:14:44 2001
UNITED STATES DISTRICT COURT
SCRANTON        , PA
Receipt No.  333 86265
Cashier              tanya
Tender Type  CHECK
Check Number: 53006
Transaction Type  AR
DB Code   Div No    Acct
4657        3       5100PL
Amount           $     5.02
SCI HOUTZDALE PO BOX 1000 HOUTZDALE,
PA 16698
PARTIAL FILING FEE 00-CV-1991 STEPHE
N WASHINGTON
```