**Jeffrey A. Beard, Ph.D.**
Secretary



**John M. McCullough**
Superintendent

**Pennsylvania Department of Corrections**
**State Correctional Institution at Houtzdale**
PO Box 1000
Houtzdale PA 16698-1000

PHONE: (814) 378-1000   FAX: (814) 378-1030

**Henry A. Tatum**
Deputy Superintendent for
Facilities Management

**George N. Patrick**
Deputy Superintendent for
Centralized Services

(32)
1-29-02
PRSLC

January 16, 2002

Clerk of Courts
PO Box 1148
Scranton, PA  18501

Dear Sirs:

Please find enclosed $5.02 an installment on legal costs incurred on civil action no. 1:00-cv-01991 for inmate Stephen Washington #EJ-8067. The balance after payment will be $98.19.

If you have any questions please feel free to contact me at 814-378-1000 Extension 1720.

Sincerely,

Christine H. Afton
Accounting Assistant
Inmate Accounts

cha
enclosure

---

Tue Jan 22 13:11:36 2002
UNITED STATES DISTRICT COURT
SCRANTON    , PA
Receipt No. 333 86658
Cashier            rich
Tender Type CHECK
Check Number: 53961
Transaction Type AR
DO Code   Div. No
4667       3            5100PL
Amount   $     5.02
STEPHEN WASHINGTON   SCI-HOUTZDALE
HOUTZDALE, PA 16698
PARTIAL FILING FEE - CV-00-1991

Tue Jan 22 13:11:36 2002
Check No. 53961
Amount  5.02
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667