1:00CV1991

(33) KM
1/31/02

PRSLC - Gatusky
(Kane)

Tue Jan 22 15:05:50 2002

UNITED STATES DISTRICT COURT

SCRANTON , PA

Receipt No. 333 86671
Cashier      rich

Tender Type  CHECK

Check Number: 9727892

Transaction Type  AR

DO Code    Div No    Acct
4667       3         0869PL

Amount            $    13.05

STEPHEN WASHINGTON   USP ALLENWOOD

PARTIAL FILING FEE - CV-00-1991

---

| | | | | | |
|---|---|---|---|---|---|
| NOTICE TO CHECK RECIPIENT | | | TREASURY-FINANCIAL MANAGEMENT SERVICE | | TFS FORM 3039 (Rev.) |

| | | | |
|---|---|---|---|
| VENDOR NAME: | CLERK OF COURTS | VENDOR I.D. NUMBER: | 127364083 |
| AGENCY NAME AND BILLING ADDRESS: | DEPT OF JUSTICE BUREAU OF PRISONS 600 E ST NW ROOM 4029 WASH DC 20530 | U.S. TREASURY REG. FINANCIAL CENTER: | AUSTIN, TEXAS |

| CHECK NUMBER | CHECK AMOUNT | CHECK DATE |
|---|---|---|
| 2221-09727892 | $*****13.05 | 01-17-02 |

22010682PLRA DOC NO 00-1991
STANLEY,RONALD 27364083
USP ALLENWOOD

FOR INFO CALL 202-307-3052

| AGENCY SCHEDULE NUMBER |
|---|
| 0002S00116 |

| AGENCY TELEPHONE NUMBER |
|---|
| 202-307-3052 |

# NON NEGOTIABLE

THIS NOTICE IDENTIFIES THE INVOICE, PURCHASE ORDER OR SIMILAR DOCUMENT NUMBERS TO WHICH THE ENCLOSED CHECK RELATES. PLEASE DIRECT ANY INQUIRIES TO THE AGENCY AT THE ADDRESS INDICATED ABOVE, OR BY TELEPHONE IF A NUMBER IS PROVIDED.