| | | |
|---|---|---|
| **Jeffrey A. Beard, Ph.D.**<br>Secretary | <br>**Pennsylvania Department of Corrections**<br>**State Correctional Institution at Houtzdale**<br>PO Box 1000<br>Houtzdale PA 16698-1000<br><br>PHONE: (814) 378-1000   FAX: (814) 378-1030 | **John M. McCullough**<br>Superintendent |
| **Henry A. Tatum**<br>Deputy Superintendent for<br>Facilities Management | | **George N. Patrick**<br>Deputy Superintendent for<br>Centralized Services |

February 13, 2002

FILED
SCRANTON

FEB 19 2002

PER _____
DEPUTY CLERK

Clerk of Courts
PO Box 1148
Scranton, PA 18501

Dear Sirs:

Inmate Stephen Washington #EJ8067 civil action no. 1:00-cv-01991 and 1:01-cv-00051 was released on 2/11/02. He left a forwarding address of: Scranton CCC (201), 240 Adams Ave., Scranton, PA 18503. The balances at time of release were $98.19 and $150.00 respectively

If you have any questions please feel free to contact me at 814-378-1000 Extension 1720.

Sincerely,

Christine H. Afton
Accounting Assistant
Inmate Accounts

cha
enclosure