UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

STEPHEN WASHINGTON,           :
                              :
    Plaintiff                 :
                              :
v.                            :    CIVIL NO. 1:CV-00-1991
                              :
LACKAWANNA COUNTY PRISON,     :    (Judge Kane)
                              :
    Defendant                 :

**ORDER**

NOW, THIS 17th DAY OF June 2002, IT IS HEREBY ORDERED THAT:

1. All discovery may be completed within sixty (60) days of the date of this order.

2. Dispositive motions may be filed within thirty (30) days of the close of discovery.

3. Failure of the parties to file such dispositive motions within the aforesaid time period will result in the matter being set for trial.

                                            YVETTE KANE
                                            United States District Judge

YK:dlb

FILED HARRISBURG
JUN 1 3 2002
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK