IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN WASHINGTON,<br>    Plaintiff | :<br>:<br>: |
| v. | : CIVIL ACTION NO. 1:CV-00-1991<br>: |
| | :     (Judge Kane) |
| LACKAWANNA COUNTY PRISON;<br>STEVE MARINA; EUGENE<br>WEDDICK; PATRICK CAPONE;<br>GENE RUDELY; SANKO,<br>    Defendants | :<br>:<br>:<br>:<br>:<br>: |

## ORDER

By order dated June 27, 2003 (Doc. No. 36), Plaintiff was to inform the Court whether he intends to prosecute this case on or before July 18, 2003. That order stated that Plaintiff's failure to respond by July 18, 2003 would result in the dismissal of his case. To date, Plaintiff has not contacted this Court concerning his case. Moreover, on July 8, 2003, this Court's order was returned as undeliverable and Plaintiff has provided no forwarding address. Accordingly, this Court must assume that Plaintiff has abandoned his claim. Therefore, pursuant to Federal Rule of Civil Procedure 41(b), **IT IS ORDERED THAT** Plaintiff's complaint (Doc. No. 1) is **DISMISSED**. The Clerk of Court shall close the file.

                                                            S/ Yvette Kane
                                                            Yvette Kane
                                                            United States District Judge

Dated: July 21, 2003.