

FILED
HARRISBURG, PA

JUL 3 1 200

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

WASHC28  1651020010 1802  03  07/26/03
        RETURN TO SENDER
WASHINGTON
        MOVED LEFT NO ADDRESS
        UNABLE TO FORWARD
        RETURN TO SENDER

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

Case No: 1:00-cv-01991-YK-KH   Document No: 38, User: jk, 1 Copy Printed: Jul, 21, 2003 02:48 PM

Stephen Washington
1028 N.Webster Avenue
Scranton, PA 18510

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN WASHINGTON,<br>　　Plaintiff | :<br>:<br>: |
| v. | : CIVIL ACTION NO. 1:CV-00-1991<br>:<br>: (Judge Kane) |
| LACKAWANNA COUNTY PRISON;<br>STEVE MARINA; EUGENE<br>WEDDICK; PATRICK CAPONE;<br>GENE RUDELY; SANKO,<br>　　Defendants | :<br>:<br>:<br>:<br>:<br>: |

## ORDER

By order dated June 27, 2003 (Doc. No. 36), Plaintiff was to inform the Court whether he intends to prosecute this case on or before July 18, 2003. That order stated that Plaintiff's failure to respond by July 18, 2003 would result in the dismissal of his case. To date, Plaintiff has not contacted this Court concerning his case. Moreover, on July 8, 2003, this Court's order was returned as undeliverable and Plaintiff has provided no forwarding address. Accordingly, this Court must assume that Plaintiff has abandoned his claim. Therefore, pursuant to Federal Rule of Civil Procedure 41(b), **IT IS ORDERED THAT** Plaintiff's complaint (Doc. No. 1) is **DISMISSED**. The Clerk of Court shall close the file.

　　　　　　　　　　　　　　　　　　　　　S/ Yvette Kane
　　　　　　　　　　　　　　　　　　　　　Yvette Kane
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: July 21, 2003.